UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Canaan X L.P., *et al*.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>MoneyLion Inc., *et al*.,<br><br>                    Defendants. | Case No. 1:23-cv-06550-PKC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that defendants MoneyLion Inc., Diwakar Choubey, Richard Correia, Jeffrey Gary, Chris Sugden, Dwight Bush, John Chrystal, Lisa Gersch, Matt Derella, Annette Nazareth, and Michael Paull (collectively, the "Defendants") hereby appear in the above-captioned action, and that Brian M. Burnovski of Davis Polk & Wardwell LLP will serve as counsel for the Defendants and requests that copies of all papers in this action be served upon the undersigned at the address stated below.

Dated:    New York, New York
          August 10, 2023

                                    **DAVIS POLK & WARDWELL LLP**

                                    By:    */s/ Brian M. Burnovski*
                                              Brian M. Burnovski

                                    450 Lexington Avenue
                                    New York, New York 10017
                                    (212) 450-4000
                                    brian.burnovski@davispolk.com

                                     *Attorney for Defendants*