UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Canaan X L.P., *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>MoneyLion Inc., *et al.*,<br><br>                    Defendants. | Case No. 1:23-cv-06550-PKC |

### CORPORATE DISCLOSURE STATEMENT OF MONEYLION INC.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for MoneyLion Inc. hereby certifies that MoneyLion Inc. has no parent corporation and no publicly held corporation owns 10% or more of MoneyLion Inc.'s stock.

Dated:   New York, New York
         August 10, 2023

                                        **DAVIS POLK & WARDWELL LLP**

                                        By:   */s/ Brian M. Burnovski*
                                              Brian M. Burnovski

                                        450 Lexington Avenue
                                        New York, New York 10017
                                        (212) 450-4000
                                        brian.burnovski@davispolk.com
                                        adam.greene@davispolk.com

                                           *Attorneys for Defendants*