UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Canaan X L.P., *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MoneyLion Inc., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:23-cv-06550-PKC<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANTS' NOTICE OF MOTION TO DISMISS COMPLAINT

PLEASE TAKE NOTICE that, upon all prior pleadings and proceedings, and the accompanying Memorandum of Law, dated November 6, 2023, the annexed Declaration of Brian M. Burnovski, dated November 6, 2023 and the exhibits thereto, Defendants MoneyLion Inc., Diwakar Choubey, Richard Correia, Jeffrey Gary, Chris Sugden, Dwight Bush, John Chrystal, Lisa Gersh, Matt Derella, Annette Nazareth, and Michael Paull will move this Court, before the Honorable P. Kevin Castel at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11D, New York, NY 10007, for an order dismissing Plaintiffs' Complaint (ECF No. 1) with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other and further relief as this Court may deem just and proper.

Dated:   New York, New York
         November 6, 2023

                                          **DAVIS POLK & WARDWELL LLP**

                                          By:   */s/ Brian M. Burnovski*
                                                     Brian M. Burnovski

                                        450 Lexington Avenue
                                        New York, New York 10017
                                        (212) 450-4000
                                        brian.burnovski@davispolk.com
                                        adam.greene@davispolk.com

                                        *Attorneys for Defendants*