# EXHIBIT F

MoneyLion Inc. Class A Common Stock Trading Price: November 20, 2023 – December 20, 2023[1]

| Date | Volume Weighted Average ($) | Count of Days ≥ $33 | Open ($) | Close ($) | Low ($) | High ($) |
|---|---|---|---|---|---|---|
| November 20, 2023 | 33.3396 | 1 | 31.95 | 34.59 | 31.7564 | 34.59 |
| November 21, 2023 | 33.992 | 2 | 33.01 | 33.7 | 33.01 | 34.89 |
| November 22, 2023 | 34.4544 | 3 | 33.69 | 34.3 | 33.31 | 35.35 |
| November 24, 2023 | 35.4618 | 4 | 33.79 | 36.37 | 33.79 | 36.8 |
| November 27, 2023 | 37.6471 | 5 | 36.8 | 38.23 | 36.26 | 39 |
| November 28, 2023 | 37.7147 | 6 | 37.49 | 38.36 | 36.2594 | 38.77 |
| November 29, 2023 | 38.7423 | 7 | 39 | 37.58 | 36.96 | 41 |
| November 30, 2023 | 40.0264 | 8 | 37.27 | 41.22 | 37.27 | 41.67 |
| December 1, 2023 | 42.1702 | 9 | 41.32 | 42.52 | 40.7367 | 43.58 |
| December 4, 2023 | 42.4752 | 10 | 42.52 | 43.12 | 41.165 | 43.88 |
| December 5, 2023 | 43.2937 | 11 | 42.8 | 42.89 | 42.035 | 44.2375 |
| December 6, 2023 | 43.3642 | 12 | 44.4 | 42.65 | 41.64 | 45.78 |
| December 7, 2023 | 42.8788 | 13 | 42.32 | 43.11 | 41.445 | 44.3 |
| December 8, 2023 | 43.1175 | 14 | 42.98 | 45 | 41.39 | 45.23 |
| December 11, 2023 | 42.9831 | 15 | 45.36 | 41.75 | 41.55 | 46.09 |
| December 12, 2023 | 46.0243 | 16 | 43.56 | 47.08 | 42.49 | 48.25 |
| December 13, 2023 | 49.6411 | 17 | 49.53 | 49.97 | 47.5 | 51.285 |
| December 14, 2023 | 48.2259 | 18 | 50.72 | 47.51 | 46.78 | 51.47 |
| December 15, 2023 | 49.4655 | 19 | 47 | 50.69 | 46.96 | 51.53 |
| December 18, 2023 | 50.5455 | 20 | 52.52 | 49.94 | 49.1 | 52.52 |
| December 19, 2023 | 52.6433 | 21 | 51.01 | 51.41 | 51.01 | 54.5178 |
| December 20, 2023 | 54.0965 | 22 | 52.46 | 52.44 | 51 | 57.8099 |

---

[1] The data contained in this Exhibit F, consistent with the definition of the term "Parent Conversion Stock Price" (Certificate of Designations § 3), is sourced from Bloomberg L.P. *MoneyLion Inc. Class A Common Stock*, BLOOMBERG TERMINAL (Dec. 20, 2023).