**Davis Polk**

Brian M. Burnovski
+1 212 450 4666
brian.burnovski@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

December 20, 2023

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

Re: *Canaan X L.P. et al. v. MoneyLion Inc. et al.*, No. 1:23-cv-06550-PKC (S.D.N.Y.)
**Request for Oral Argument on Defendants' Motion to Dismiss**

Dear Judge Castel:

We on behalf of the Defendants in the above-captioned action, pursuant to Your Honor's Individual Practice 3.F., to request oral argument on Defendants' Motion to Dismiss the Complaint (the "Motion," ECF No. 54). Upon Defendants' contemporaneous filing herewith of their Reply Memorandum of Law in Support of the Motion, the Motion will be fully briefed. Defendants believe that oral argument is appropriate and would aid in disposition of the Motion. Accordingly, Defendants hereby request that the Court set the Motion for hearing at a date and time convenient for the Court.

We are available should the Court have any questions or need additional information.

Respectfully,

DAVIS POLK & WARDWELL LLP


/s/ *Brian M. Burnovski*
Brian M. Burnovski
(brian.burnovski@davispolk.com)
Adam M. Greene
(adam.greene@davispolk.com)
450 Lexington Ave
New York, NY 10017
(212) 450-4000

*Attorneys for Defendants MoneyLion Inc., Diwakar Choubey, Richard Correia, Jeffrey Gary, Chris Sugden, Dwight Bush, John Chrystal, Lisa Gersh, Matt Derella, Annette Nazareth, and Michael Paull*