# Davis Polk

Brian M. Burnovski
+1 212 450 4666
brian.burnovski@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

March 11, 2024

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

Re:   *Canaan X L.P. et al. v. MoneyLion Inc. et al.*, No. 1:23-cv-06550-PKC (S.D.N.Y.)

Dear Judge Castel:

We write jointly on behalf of the parties in the above-captioned action in furtherance to the parties' October 20, 2023 correspondence (ECF No. 53) regarding their retention of a private mediator and the status of the parties' mediation.

With the aid of the mediator (Robert Meyer (JAMS)), the parties attended an all-day mediation on Friday, February 23, 2024. The parties were unable, however, to reach a settlement. Counsel for the parties will continue efforts to settle the matter but cannot be sure when or whether such efforts will be successful. Accordingly, the parties await the Court's decision on Defendants' pending motion to dismiss (ECF No. 54).

We are available should the Court have any questions or need additional information.

Respectfully,

| DAVIS POLK & WARDWELL LLP | GOODWIN PROCTER LLP |
|---|---|
| /s/ *Brian M. Burnovski* | /s/ *Jeffrey A. Simes* |
| Brian M. Burnovski | Jeffrey A. Simes |
| (brian.burnovski@davispolk.com) | (jsimes@goodwinlaw.com) |
| Adam M. Greene | Alexander Talel |
| (adam.greene@davispolk.com) | (atalel@goodwinlaw.com) |
| 450 Lexington Ave | 620 Eighth Avenue |
| New York, NY 10017 | New York, NY 10018 |
| (212) 450-4000 | (212) 813-8800 |
| *Attorneys for Defendants MoneyLion Inc., Diwakar Choubey, Richard Correia, Jeffrey Gary, Chris Sugden, Dwight Bush, John Chrystal, Lisa Gersh, Matt Derella, Annette Nazareth, and Michael Paull* | *Attorneys for Plaintiffs Canaan X L.P., Canaan XI L.P., F-Prime Capital Partners Tech Fund LP, GreatPoint Ventures Innovation Fund II, L.P., and MassMutual Ventures US II LLC* |