**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
CANAAN X L.P., et al.,

                            Plaintiffs,

      -against-                                                23 **CIVIL** 6550 (PKC)

                                                                  **JUDGMENT**

MONEYLION INC., et al.,

                            Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 15, 2024, plaintiffs' claim under section 14(a) of the Exchange Act (Count I) is dismissed for failure to state a claim. The Court declines to exercise supplemental jurisdiction over the remaining claims (Counts II, III, and IV), and dismisses these claims without prejudice. The defendants' motion for oral argument (ECF 60) is denied as moot. The judgment is entered in favor of defendants; accordingly, the case is closed.

**Dated:** New York, New York

      May 15, 2024

                                                               **RUBY J. KRAJICK**
                                                                   **Clerk of Court**

                               **BY:**
                                                                 **Deputy Clerk**